No. 463. Berger, Receiver, v. Chase National Bank;
No. 464. Schram, Receiver, v. Same;
No. 465. Wardell, Receiver, v. Same;

No. 466. YOUNG, SUCCESSOR TO HARDEE, RECEIVER, *v.* SAME; and

No. 467. FEUCHT ET AL., LIQUIDATING TRUSTEES, *v.* SAME. April 22, 1940. Petition for rehearing denied. MR. JUSTICE MURPHY took no part in the considera on and decision of this application.